

FILED

03 MAY 14 PM 3: 36

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KAREN JACKSON,

        Plaintiff,        Case No. 8:03-cv-171-T-26MAP

v.

WAKELY AND ASSOCIATES, INC.,

        Defendant.

_____/

## DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 2.03, Defendant, Wakely and Associates, Inc. ("Wakely"), moves this Court for entry of an order substituting attorney Janel D. Ortengren and the law firm of Akerman Senterfitt for attorney Eddy R. Resnick and the law firm of Gold, Resnick & Ficarrotta, P.A. as counsel for Defendant in this cause, upon the following grounds:

1. Wakely has requested this substitution of counsel.

2. No delay in the litigation will result from the substitution.

3. Ms. Ortengren is a member in good standing of the Florida Bar and is admitted to practice before the United States District Court of the Middle District of Florida.

4. Pursuant to Local Rule 2.03(b), prior to the filing of this motion, Eddy R. Resnick of the law firm of Gold, Resnick & Ficarrotta, P.A. gave ten (10) days notice to Defendant Wakely that he would be withdrawing from this case. Janel D. Ortengren, Esquire, of Akerman Senterfitt certifies that pursuant to Local rule 3.01 (g), she conferred



{TP097473;1}

with counsel for Plaintiff regarding this motion on May 13, 2003, and Plaintiff consents to this motion. Pursuant to Local Rule 2.03(b), Eddy R. Resnick, Esquire, and Janel D. Ortengren, Esquire respectfully request that this Court grant the substitution of counsel ten (10) days after the certificate of service on this Motion, or on May 23, 2003.

Wherefore, Defendant requests the Court to grant this motion substituting attorney Janel D. Ortengren and the law firm of Akerman Senterfitt for attorney Eddy R. Resnick and the law firm of Gold, Resnick & Ficarrotta, P.A. as counsel for Defendant and relieving attorney Eddy R. Resnick and the law firm of Gold, Resnick & Ficarrotta, P.A. of any further responsibility in this cause.

## MEMORANDUM OF LAW

A party is entitled to counsel of its choice except under very limited circumstances, none of which apply here. Defendant has requested that attorney Janel D. Ortengren and the law firm of Akerman Senterfitt represent it in this action. This litigation will not be delayed as a result of the substitution of counsel. Therefore, this motion should be granted and attorney Janel D. Ortengren and the law firm of Akerman Senterfitt should be substituted for attorney Eddy R. Resnick and the law firm of Gold, Resnick & Ficarrotta, P.A. the law firm of Dewey Ballantine, LLP.

_____
Janel D. Ortengren
Florida Bar No. 126561
Akerman Senterfitt
100 South Ashley Drive, Ste. 1500
Post Office Box 3273 (33601-3273)
Tampa, Florida 33602-5311
(813) 223-7333

_____
Eddy R. Resnick
Florida Bar No. 215538
Gold, Resnick & Ficarrotta, P.A.
704 West Bay Street
Tampa, Florida 33606
(813) 254-2071

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by regular U.S. Mail to Angela E. Outten, Esquire, Florin, Roebig & Walker, P.A., 777 Alderman Road, Palm Harbor, Florida 34683, this 14th day of May, 2003.

_____
Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN JACKSON,

          Plaintiff,          Case No. 8:03-cv-171-T-26MAP

v.

WAKELY AND ASSOCIATES, INC.,

          Defendant.
_____/

## ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS

THIS CAUSE came before the Court upon Defendant, Wakely and Associates, Inc.'s Motion for Substitution of Counsel in the above-styled cause. After review of the Motion, the Court concludes that the Motion should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion for Substitution of Counsel should be and is hereby granted. Attorney Janel D. Ortengren and the law firm of Akerman Senterfitt is hereby substituted for attorney Eddy R. Resnick and the law firm of Gold, Resnick & Ficarrotta, P.A. Attorney Eddy R. Resnick and the law firm of Gold, Resnick & Ficarrotta, P.A. are relieved from any further responsibility in this cause.

DONE AND ORDERED in Chambers _____ day of May, 2003.

_____
Judge
United States District Court

Confirmed copies furnished to:
Janel D. Ortengren, Esquire
Eddy R. Resnick, Esquire
Angela E. Outten, Esquire

{TP097473;1}